893 F.2d 1329
 Dusky (William E., Dorothy), Ciesey (Philip D., Naomi),
Pluto (George, Jr., Patricia Ann), Thompson
(Clarence Dale, June), Wytiak (Joseph,
Sarah), Zimmerman (William C., Loretta)
v.
W.R. Grace & Company, U.S. Gypsum Company, National Gypsum
Company, Georgia Pacific Corp., U.S. Mineral
Products Compant, Pfizer, Inc., Turner &
Newall P.L.C., Flintkote Company
 NO. 89-3409
 United States Court of Appeals,
Third Circuit.
 DEC 21, 1989
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.